UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| UNITED STATES SUGAR CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMERCE AND INDUSTRY INSURANCE COMPANY,<br><br>*Defendant*. | CASE NO.: 22-cv-21737-RNS |

### DEFENDANT'S NOTICE OF FILING OBJECTIONS DISCLOSED TO PLAINTIFF DURING CONFERRAL ON ATTORNEYS' FEES AND COSTS

Defendant Commerce and Industry Insurance Company ("C&I"), pursuant to the Court's Post-Hearing Administrative Order (ECF No. 189), files two sets of Plaintiff's billing records which contain highlighted objections set forth by C&I that were attached to an October 11, 2023 email sent by C&I's counsel to Plaintiff's counsel (ECF No. 162-32, Exhibit T-12, an exhibit to the Declaration of Timothy Storino):

1. Billing records with the objectionable block-billed entries highlighted in yellow. **Exhibit A**.

2. Billing records with the objectionable entries related to the purported Dentons conflict highlighted in yellow. **Exhibit B**.

Dated: May 10, 2024                                             Respectfully submitted,

/s/ Keith Moskowitz

**DENTONS US LLP**
Keith Moskowitz*
Illinois Bar No. 6274101

Timothy Storino*
Illinois Bar No. 6287489
Leandra L. Lopez
Florida Bar No. 1035458
1 Alhambra Plaza, Penthouse
Coral Gables, Florida 33134
Telephone: 305-390-4624
Primary: keith.moskowitz@dentons.com
Primary: timothy.storino@dentons.com
Primary: leandra.lopez@dentons.com
*Admitted pro hac vice

*Counsel for Defendant Commerce and Industry Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2024, the foregoing document was electronically filed using the E-filing Portal System, and a copy thereof has been furnished by email on the following Service List.

/s/ Leandra L. Lopez