UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES SUGAR
CORPORATION,

    *Plaintiff*,

v.

COMMERCE AND INDUSTRY
INSURANCE COMPANY,

    *Defendant*.
_____/

CASE NO.: 1:22-cv-21737-RNS

### JOINT STATUS REPORT

Pursuant to this Court's Order dated February 20, 2025 (ECF No. 244), Plaintiff United States Sugar Corporation ("U.S. Sugar") and Defendant Commerce and Industry Insurance Company ("C&I" and, collectively, the "Parties"), respectfully submit this Joint Status Report and state as follows:

1.    On December 9, 2024, the Court ordered the Parties to mediate this case with Judge Michael Hanzman no later than January 31, 2025.  ECF No. 230.

2.    On January 29, 2025, the Parties mediated with Judge Hanzman.  In the days following mediation, the Parties agreed to a settlement in principle that would fully and finally resolve all remaining claims pending before the Court.

3.    On February 18, 2025, the Parties mutually agreed to the final form of a settlement agreement.

4.    Upon execution of the settlement agreement and payment of the settlement proceeds, the Parties intend to promptly file an appropriate motion requesting that the Court dismiss this case and all remaining claims with prejudice.

5. U.S. Sugar is authorized to file this Joint Status Report on behalf of C&I, who agrees with the content of this report.

Dated: February 20, 2025.

Respectfully submitted,

HUNTON ANDREWS KURTH LLP

*/s/ Cary D. Steklof*
Cary D. Steklof
Fla. Bar No. 86257
Andrea DeField
Fla. Bar No. 92344
Jae Lynn Huckaba
Fla. Bar No. 1039389
HUNTON ANDREWS KURTH LLP
333 S.E. 2nd Ave., Suite 2400
Miami, Florida 33131
Tel: (305) 810-6407
Facsimile: (305) 810-2460
csteklof@HuntonAK.com
adefield@HuntonAK.com
jhuckaba@HuntonAK.com

R. Hugh Lumpkin
Fla. Bar No. 308196
Garrett S. Nemeroff
Fla. Bar. No. 111675
REED SMITH LLP
200 S. Biscayne Blvd., Suite 2600
Miami, Florida 33131
Tel: (786) 747-0200
Facsimile: (786) 747-0299
hlumpkin@reedsmith.com
gnemeroff@reedsmith.com

*Attorneys for Plaintiff United States Sugar Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2025, I caused to be electronically filed on behalf of Plaintiff United States Sugar Corporation, the Joint Status Report, with the Court using the CM/ECF system, which provided notice of electronic filing to all counsel of record.

*/s/ Cary D. Steklof*
Cary D. Steklof